# United States District Court
# Eastern District of California
## Redding Branch

UNITED STATES OF AMERICA  )  VIOLATE/CASE NO. 3:16-mj-0018CMK

        vs.  )  **ORDER TO APPEAR**

Peter S. Graf  )

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on Sept. 14, 2016 at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 8-2-16

*Christy L. Pino*
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison